*Lamb* for petitioners. *Mr. Frank Y. Gladney* for respondent.

No. 56. HOPKINS *v.* COMMISSIONER OF INTERNAL REVENUE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Herbert Pope* and *George A. Carpenter* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Andrew D. Sharpe* for respondent.

No. 57. WABASH RAILWAY CO. *v.* HIATT, ADMINISTRATRIX. October 8, 1934. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. N. S. Brown* and *Homer Hall* for petitioner. *Mr. John S. Marsalek* for respondent.

No. 58. DIXON *v.* COMMISSIONER OF INTERNAL REVENUE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Ellsworth C. Alvord* and *Elwood G. Godman* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Erwin N. Griswold* and *James W. Morris* for respondent.

No. 59. CHICAGO & NORTHWESTERN RY. CO. *v.* WILCOX CO. ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Samuel H. Cady, William T. Far-*

icy, and *P. F. Gault* for petitioner.  *Mr. Thomas B. Lantry* for respondents.

No. 61.  TRIMBLE *v.* NEW YORK LIFE INSURANCE Co. October 8, 1934.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Howard B. Warren* for petitioner.  *Mr. Louis H. Cooke* for respondent.

No. 63.  BURDICK ET AL *v.* COCHRAN.  October 8, 1934. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.  *Messrs. Ira Robinson* and *Louis Titus* for petitioners.  *Messrs. Harry Friedman* and *Howe P. Cochran* for respondent.

No. 64.  SMITH v. COMMISSIONER OF INTERNAL REVENUE.  October 8, 1934.  Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.  *Mr. Paul Reilly* for petitioner.  *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 65.  AUSTIN ET AL. *v.* COE, COMMISSIONER OF PATENTS.  October 8, 1934.  Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.  *Mr. Melville Church* for petitioners. *Solicitor General Biggs* and *Mr. T. A. Hostetler* for respondent.